**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael D. DeVito  　　　　　　　　　　CHAPTER 13
　　　　　Taralynn Theresa O'Brien aka
Taralynn T. O'Brien　　　　　　　　　　　　　BKY. NO. 19-17124 AMC
　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Rebecca Solarz
09 Nov 2020, 15:50:25, EST

　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　(215) 627-1322