# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17124-AMC

MICHAEL DEVITO
TARALYNN THERESA O'BRIEN
210 HAZEL AVENUE

FOLSOM, PA 19033-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL DEVITO
    TARALYNN THERESA O'BRIEN
    210 HAZEL AVENUE

    FOLSOM, PA 19033-

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

Date: 2/24/2021

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee