UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael DeVito             :    Chapter 13
        Taralynn Theresa O'Brien   :
                                   :
                 Debtor            :    No.:   19-17124-amc

## **ORDER**

AND NOW, this ____ day of _____, 2021, it is ORDERD that the Trustee's Motion to Dismiss filed August 23, 2021 is DENIED.

BY THE COURT:

_____
                                                         J.

William D. Schroeder, Jr.          Trustee William C. Miller
Attorney at Law                     Chapter 13 Standing Trustee
920 Lenmar Drive                P.O. Box 1229
Blue Bell, PA 19422             Philadelphia, PA 19105

Michael DeVito and             Office of the United States Trustee
Taralynn O'Brien                 833 Chestnut Street, Suite 500
210 Hazel Avenue               Philadelphia, PA 19107
Folsom, PA 19033               USTPRegion03.PH.ECF@usdoj.gov