UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| IN RE: | Michael DeVito | : | Chapter 13 | |
| | Taralynn Theresa O'Brien | : | | |
| | | : | | |
| | Debtor | : | No.: | 19-17124-amc |

## CERTIFICATE OF SERVICE

I, William D. Schroeder, Jr., attorney for debtors, hereby certify that on September 7, 2021, I sent Debtors' Reply to Motion to Dismiss by first class mail or electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Michael DeVito and
Taralynn O'Brien
210 Hazel Avenue
Folsom, PA 19033

Trustee William C. Miller
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

All creditors on Matrix

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtors
920 Lenmar Drive
Blue Bell, PA 19422
215-822-2728
schroeder@jrlaw.org