**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 19-17124-AMC

MICHAEL DEVITO
TARALYNN THERESA O'BRIEN
210 HAZEL AVENUE

FOLSOM, PA 19033-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL DEVITO
    TARALYNN THERESA O'BRIEN
    210 HAZEL AVENUE

    FOLSOM, PA 19033-

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DR

    BLUE BELL, PA 19422-

                                      /S/ Kenneth E. West

Date: 1/10/2022                              _____

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee