## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael D. DeVito<br>　　　　Taralynn Theresa O'Brien aka Taralynn T.<br>O'Brien<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its<br>successors and/or assigns<br>　　　　　　　Movant<br>　　vs. | NO. 19-17124 AMC |
| Michael D. DeVito<br>Taralynn Theresa O'Brien aka Taralynn T. O'Brien<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq.<br>　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about December 13, 2021, Document 81.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated: 3/3/2022