United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 19-17124-amc

Michael DeVito                                                              Chapter 13

Taralynn Theresa O'Brien

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael DeVito, Taralynn Theresa O'Brien, 210 Hazel Avenue, Folsom, PA 19033-2316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com |
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Nov 28, 2022                       Form ID: pdf900                                Total Noticed: 1

                ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

REGINA COHEN
                on behalf of Creditor Ally Bank also d/b/a Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

THOMAS SONG
                on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
                on behalf of Joint Debtor Taralynn Theresa O'Brien schroeder@jrlaw.org  Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
                on behalf of Debtor Michael DeVito schroeder@jrlaw.org  Healey@jrlaw.org


TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Michael D. DeVito<br>Taralynn Theresa O'Brien aka Taralynn T. O'Brien<br><br>          Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>          Movant<br>    vs. | NO. 19-17124 AMC |
| Michael D. DeVito<br>Taralynn Theresa O'Brien aka Taralynn T. O'Brien<br><br>          Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq.<br><br>          Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,551.55** located at 210 Hazel Avenue, Folsom, PA 19033 a breakdown as follows:.

| | |
|---|---|
| Post-Petition Payments: | November 1, 2022  in the amount of $1,551.55/month |
| **Total Post-Petition Arrears** | **$1,551.55** |

3.      The Debtor shall cure said arrearages in the following manner:

a.      Debtor shall make a full tender payment of **$1,551.55** on or before November 30, 2022.

b.      Debtor(s) shall  maintain monthly mortgage payments to Movant beginning with the next payment  of $1,549.95 on or about December 1, 2022  and thereafter;

3.      Should  debtor(s)  provide  sufficient  proof  of  payments  (front  &  back  copies  of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should  fail  to  cure  the  default  within  fifteen  (15) days,  the  Movant  may  file  a

Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:    November 14, 2022

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant


Date: 11-22-22

William D. Schroeder Jr., Esquire
Attorney for Debtor(s)


Date: 11/28/2022

/s/ Jack Miller, Esquire for *
Kenneth E. West, Esquire
Chapter 13 Trustee

*no objection to its terms, without prejudice to any of our rights and remedies


Approved by the Court this _____ day of _____, 2022. However, the court retains discretion regarding entry of any further order.


**Date: November 28, 2022**

Bankruptcy Judge
Ashely M. Chan