# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17124-AMC

MICHAEL DEVITO
TARALYNN THERESA O'BRIEN
210 HAZEL AVENUE

FOLSOM, PA 19033-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MICHAEL DEVITO
  TARALYNN THERESA O'BRIEN
  210 HAZEL AVENUE

  FOLSOM, PA 19033-

Counsel for debtor(s), by electronic notice only.

  WILLIAM D. SCHROEDER JR ESQ
  920 LENMAR DRIVE

  BLUE BELL, PA 19422-

Date: 2/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee