IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> MICHAEL DEVITO, and <br> TARALYNN THERESA O'BRIEN <br>       Debtor, <br><br> CONSUMER PORTFOLIO SERVICES, INC, <br><br>       Movant, <br><br>   v. <br><br> MICHAEL DEVITO, and <br> TARALYNN THERESA O'BRIEN, and <br> KENNETH E. WEST, Chapter 13 Trustee <br>       Respondents. | Bankruptcy No. 19-17124-amc <br><br> Chapter 13 <br><br> Document No. 108 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK OF COURTS:

      Kindly withdraw the Motion for Relief from Stay filed on behalf of Consumer Portfolio Services, Inc., on October 13, 2023, at Document No. 108. The Debtor's have brought the account current, and this resolves the Motion for Relief from Stay.

Dated: October 30, 2023

      Respectfully submitted,

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      412-456-8112
      Fax: 412-456-8135