IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL DEVITO<br>TARALYNN THERESA O'BRIEN<br>    Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICE, INC.<br>    Movant,<br><br>   v.<br><br>MICHAEL DEVITO, and<br>TARALYNN THERESA O'BRIEN, and<br>KENNETH E. WEST, Trustee.<br>    Respondents. | Bankruptcy No. 19-17124-amc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 27th day of __November__, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge