IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MICHAEL DEVITO AND TARALYNN THERESA O'BRIEN<br>    Debtors | Case No. 19-17124-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MICHAEL DEVITO<br>AND<br>TARALYNN THERESA O'BRIEN<br>    Respondents | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of Freedom Mortgage Corporation (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to 210 HAZEL AVE, Folsom, PA 19033 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date: Jan. 24, 2025

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE

MICHAEL DEVITO
210 HAZEL AVENUE
FOLSOM, PA 19033

TARALYNN THERESA O'BRIEN
210 HAZEL AVENUE
FOLSOM, PA 19033

WILLIAM D. SCHROEDER, JR
920 Lenmar Drive
Blue Bell, PA 19422

KENNETH E WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107