*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael DeVito and Taralynn Theresa O'Brien

    Debtor(s)

Case No: 19−17124−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Reply to Certification of Default filed by Creditor CONSUMER PORTFOLIO SERVICES, INC.

    on: 2/18/25

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 1/27/25

Timothy B. McGrath
Clerk of Court

140 − 137
Form 167