IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL DEVITO<br>TARALYNN THERESA O'BRIEN<br>     Debtors,<br><br><br>CONSUMER PORTFOLIO SERVICE, INC.<br>     Movant,<br><br>    v.<br><br>MICHAEL DEVITO, and<br>TARALYNN THERESA O'BRIEN, and<br>KENNETH E. WEST, Trustee.<br>     Respondents. | Bankruptcy No. 19-17124-amc<br><br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF STIPULATED ORDER
RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

Kindly withdraw the Certification of Default of Stipulated Order Resolving Motion for Relief from the Automatic Stay filed on behalf of Consumer Portfolio Services, Inc. on January 14, 2025, at Document No. 135.

Dated: April 2, 2025

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135